IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 1:23-cv-03476-JLR |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **WAC Lighting,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Date: June 4, 2023

*Jennifer Rochon*
Hon. Jennifer L. Rochon
United States District Judge